# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 28, 2018

## NO. 03-17-00469-CV

**Brandi K. Stokes, Appellant**

**v.**

**Christopher Lance Corsbie, Appellee**

**APPEAL FROM THE 200TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES FIELD AND TOTH
AFFIRMED—OPINION BY CHIEF JUSTICE ROSE**

This is an appeal from the order signed by the trial court on July 6, 2017. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's order. Therefore, the Court affirms the trial court's order. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.